THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN WILLIAM TAYLOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-06-ID |
| | ) | [WO] |
| | ) | |
| WILLIAM E. FRANKLIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On January 14, 2010, the Magistrate Judge filed a Recommendation (Doc. 6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 6) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claims that he has been denied access to television and radio and that Defendants are improperly taxing postage-paid envelopes be DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's claim that he is being denied access to the courts be DISMISSED prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This case, with respect to Plaintiff's claim that his First Amendment rights are being violated by a denial of access to newspapers and magazines, be referred back to the magistrate judge for further proceedings.

Done this 3rd day of February, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE