THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIAM TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:10-CV-06-ID ) [WO] ) |
| WILLIAM E. FRANKLIN, *et al.,* | ) ) |
| Defendants. | ) |

# **ORDER**

On April 26, 2010, the Magistrate Judge filed a Recommendation in this case (Doc. 10), to which Plaintiff has not objected. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 10) is hereby ADOPTED; and

2. This case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

Done this 25th day of May, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE